# CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL

## TO THE COURT OF APPEALS (CRIMINAL CASES)

APPELLATE NO. _____

(To be filled in by COA)

TRIAL COURT NO. _____ 241-1642-14 _____

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/27/2015 9:48:30 AM
CATHY S. LUSK
Clerk

__STATE OF TEXAS__          *          IN THE ___241ST___ COURT

(Appellant)

VS.          *          OF

__KIRSCHEN LEMOND CROSS__          *          ___SMITH___ COUNTY, TX

(Appellee)

The records of my office reflect the following information in this case:

DEFENDANT WAS CONVICTED OF: _____ 07/22/2015 _____

TYPE OF PUNISHMENT ASSESSED BY COURT: ___LIFE___

WAS THIS A REVOCATION OF PROBATION?: _____YES      __X__NO

DEFENDANT IS:      __X__      _____      _____

IN JAIL          OUT ON BOND          OUT ON PROBATION

If on BOND give AMOUNT:      $_____      DATE Bond was posted: _____

DATE SENTENCE IMPOSED IN OPEN COURT: ___07/22/2015___

If no SENTENCE, date ORDER appealed from was signed:      the ___ day of _____ 20___.

DATE WRITTEN NOTICE OF APPEAL WAS FILED _____ 07/23/2015

__TRIAL WAS HELD BEFORE THE COURT:__

1. BY TRIAL COURT ONLY with no jury _____      3. With JURY on PUNISHMENT ONLY _____

2. With a JURY on GUILT ONLY _____      4. With a JURY on GUILT & PUNISHMENT __X__

*MOTION FOR NEW TRIAL FILED?:      _____  __X__      If YES, date filed: _____

YES      NO

* If Motion for New Trial was filed _after_ Notice of Appeal, Please give Written Notice to the Court of Appeals Immediately.

PRESIDING TRIAL COURT JUDGE:___JACK SKEEN JR_____

TRIAL COURT REPORTER(S):___CHRISTIES HUMPRIES_____

WAS APPELLANT DECLARED INDIGENT?:___YES___     _____

                       YES                        NO

APPELLANT'S COUNSEL IS:     Retained_____Appointed_____Pro Se_____

APPELLANT'S ATTORNEY:___JACKSON A. REEVE_____

    ADDRESS:     112 E. LINE ST., STE. 310_____

                  TYLER, TEXAS_____

    TELEPHONE:___903-595-6070___ FAX:___866-387-0152_____

    EMAIL ADDRESS_____

    STATE BAR CARD NO.:___24046139_____

APPELLEE'S ATTORNEY:_____

    ADDRESS:_____

    _____

    TELEPHONE:_____ FAX:_____

    EMAIL:_____

    STATE BAR CARD NO.:_____

DATED THIS___24___DAY OF ___JULY___, 20___15___.

_____
CLERK

BY: /s/ TERRY MORROW
DEPUTY CLERK

NOTE: ATTACH A FILE-MARKED COPY OF THE NOTICE OF APPEAL TO THIS FORM. (ONE COPY OF THIS FORM TO COURT OF APPEALS & ONE COPY TO THE TRIAL COURT)

PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION IS COMPLETE. THANK YOU.

COA12 FORM 1-89
(Revised 9-8-14)

(Complete in duplicate - Original to 12th Court of Appeals/Copy to Trial Court)
1517 West Front Street
Suite 354
Tyler, TX 75702
Fax: 903-593-2193

## NO. 241-1642-14

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **241st JUDICIAL DISTRICT** |
| | § | |
| **KIRSCHEN CROSS** | § | **SMITH COUNTY, TEXAS** |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Kirschen Cross, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Kirschen Cross.

Respectfully submitted,

By: _Kirschen Cross_
Kirschen Cross, pro se

## CERTIFICATE OF SERVICE

This is to certify that on July 22, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Smith County, 100 N. Broadway Tyler, TX 75702, by hand delivery.

_Donald S. Davidson_
Donald S. Davidson